Case 2:21-cv-00241   Document 85   Filed on 06/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUDY L. BENTANCOURT, STEPHEN KLEPPER, VICTOR MONDRAGON, LUCIA GALLEGOS, BECKY PERRIN, SYLVIA WILSON, *INDIVIDUALLY* AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>vs.<br><br>CITY OF CORPUS CHRISTI, TEXAS | CIVIL ACTION NO. 2:21-cv-241<br>JURY |

## ORDER OF DISMISSAL

After considering the Parties' *Joint Motion to Dismiss*, the Court is of the opinion that the motion should be GRANTED.

While Plaintiffs originally filed both as individuals and on behalf of all others similarly situated, Plaintiffs have represented that they are not proceeding on behalf of others (D.E. 84, FN 1). And a motion for class certification was never filed. Thus, only the named individuals are Plaintiffs here.

It is therefore, ORDERED, ADJUDGED AND DECREED that the case (concerning Plaintiffs' claims alone) is dismissed with prejudice. There are no remaining claims.

This is the final order disposing of all claims and issues in the case.

All costs are taxed against the party incurring same.

SIGNED on this 3rd day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE